```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
------------------------------------------X ELECTRONICALLY FILED
                                          : DOC #:_____
WILLIAM SCHUPPMAN,                        : DATE FILED: 11/15/2019
                                          :
                           Plaintiff,     :
                                          :   19 Civ. 8626 (LGS)
              -against-                   :
                                          :        ORDER
VALDOME, INC.,                            :
                           Defendant.     :
                                          :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for November 21, 2019;

WHEREAS, the parties filed a joint letter, but failed to file their proposed Case Management Plan and Scheduling Order by November 14, 2019, as required by this Court's Order (Dkt. No. 8). It is hereby

**ORDERED** that the parties shall file their proposed Case Management Plan and Scheduling Order by **November 18, 2019, at 10:00 a.m.**

Dated: November 15, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**