USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
WILLIAM SCHUPPMAN,                                           :
                                                             :
                        Plaintiff,                           :     **ORDER**
                                                             :
            -v-                                              :     19-CV-8626 (LGS) (JLC)
                                                             :
VALDOME, INC. D/B/A RISTORO DEL                              :
CINGHIALE,                                                   :
                                                             :
                        Defendant.                           :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated February 11, 2020 (Dkt. No. 26), the parties were directed to advise the Court when they wished to schedule a settlement conference at least 30 days before the close of fact discovery, or in this case by July 13.  To date, the Court has not received an update from the parties.  Accordingly, the parties are directed to file a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties no later than **July 22, 2020**.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.

    **SO ORDERED.**

Dated: July 17, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge